

THE ATTORNEY GENERAL

OF TEXAS

AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

September 18, 1947

Hon. C. H. Cavness
The State Auditor
Austin, Texas

Opinion No. V-384

Re: Authority of State
Auditor to pay sal-
aries from Item 10
of the appropriation
to the State Audi-
tor's Department in
Senate Bill 391,
50th Legislature.

Dear Mr. Cavness:

Your request for an opinion reads as fol-
lows:

"I shall greatly appreciate your
opinion as to whether or not Sub-section
14f, relating to 'Contingent Expenses',
in the General Provisions of Senate Bill
No. 391 (the Departmental Appropriation
Bill) as passed by the 50th Legislature,
means that salaries or wages cannot be
paid from Item 10 of the appropriation
to the State Auditor's Department."

The Departmental Appropriation Bill for the
State Auditor which was passed by the 50th Legisla-
ture reads, in part, as follows:

| " | For the Years Ending | |
|---|---|---|
| | August 31, 1948 | August 31, 1949 |
| Maintenance and Miscellaneous | | |
| 9. Office Supplies, printing and binding, postage, express, telephone, telegraph, furniture and equipment, bond premiums, traveling expense, and miscellaneous ......... | $33,750.00 | $33,750.00 |

```
10. Expense of audit-
    ing revenues from
    Corporation Fran-
    chise Taxes, this to
    be by the State Audi-
    tor with operating
    budget to be approv-
    ed by the Legisla-
    tive Audit Committee..74,000.00    74,000.00

        Total Maintenance
        and Miscellan-
        eous ........    107,750.00   107.750.00 *
```
Ch. 400, Acts 50th Legislature, Regular Session
1947, page 819, Vernon's Texas Session Law
Service.

Subdivision (14)f of the General Provisions
to this appropriation bill has a rider reading as fol-
lows:

"Contingent Expenses. None of the
funds hereinabove appropriated for 'con-
tingent expenses' or 'maintenance and
miscellaneous' shall be used for the pay-
ment of any salaries unless specifically
authorized to be paid in the itemization
under the contingent, maintenance and
miscellaneous items hereinabove set out
and designated therein as 'salaries' 'ex-
tra help,' or 'seasonable labor.' "
Ch. 400, Acts 50th Legislature, R. S. 1947,
page 938, Vernon's Texas Session Law Service.

Item 10, although listed under the general
heading "maintenance and miscellaneous " is not actu-
ally an appropriation for either "contingent expenses"
or "maintenance and miscellaneous". Subdivision (14)f
of the General Provisions of your appropriation bill
has reference to the wording of the "itemization" rath-
er than to a general heading. The legislative intent
as expressed in item 10 is clearly to the effect that
an audit be made of revenues from Corporation Fran-
chise Taxes. This cannot be done without payment of
salaries. The appropriation of sufficient funds for
such an audit carries with it the implied authority to
pay the salaries of an auditor or auditors employed to
do the work. This was undoubtedly the intent of the
Legislature and that intent will be held to control.

39 Tex. Jur. 166.

We have heretofore ruled on a similar question in our Opinion No. V-368, a copy of which is herewith enclosed.

## SUMMARY

Item 10 of the General Departmental Appropriation Bill for the State Auditor as passed by the 50th Legislature impliedly authorizes the use of such funds for the payment of salaries and it will control over the General Provisions contained in Subdivision (f) of Section 14 of the rider to said appropriation bill wherein the payment of salaries from funds appropriated for "maintenance and miscellaneous" expense is prohibited. 50th Legislature, R. S. (1947) Ch. 400, Vernon's Texas Session Law Service, pages 819 and 938.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By *Fagan Dickson*

Fagan Dickson
First Assistant

FD:mw

APPROVED:

*Price Daniel*

ATTORNEY GENERAL